IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SARKUI A. WALLACE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 24-313 (JLH) |
| ALLIANCE COMMERCIAL CLEANING, INC., *et al.*, | ) ) ) ) |
| Defendants. | ) |

### ORDER

At Wilmington, this 9th day of October 2025, having considered *de novo* the March 27, 2025 Report and Recommendation by United States Magistrate Judge Christopher J. Burke (D.I. 6);

IT IS HEREBY ORDERED that Magistrate Judge Burke's Report and Recommendation (D.I. 6) is **ADOPTED**;

IT IS FURTHER ORDERED that the Complaint (D.I. 2) is **DISMISSED without prejudice** for lack of subject matter jurisdiction;

IT IS FINALLY ORDERED that this case is **CLOSED** because amendment is futile.

_____
The Honorable Jennifer L. Hall
United States District Judge